## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HUGH FRANK, JR., | : | No. 826 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (SOUTHAMPTON TIRE), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 17th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.